AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WILLIAMS, RICHARD L. | U.S. District Court   ED/VA | 4/22/04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> Senior U.S. District Judge | 5. Report Type (check appropriate type) <br> ___ Nomination, Date 9/30/80 <br> ___ Initial   X Annual   ___ Final | 6. Reporting Period <br> 1-1-03 – 12-31-03 |
|---|---|---|

| 7. Chambers or Office Address <br> 1000 E. Main Street, Suite 305 <br> Richmond, Virginia   23219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X   NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | Virginia Supplemental Retirement/retirement | $ 9,017.34 |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

X   NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 4-22-04 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Georgetown University Washington, D.C. | Oct. 2-3 - CLE re. Litigating Employment Cases (Transportation, meals & lodging) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | M/M Joseph Spivey of Tennessee | Guest at Homestead Owner's Club | $ 1,076.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 4-22-04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 4.2% Int. Ptr's Ptrshp in Prop/James City Co. VA | A | None | L | U | Part Sale | 4/30 | K | K | Realtec |
| 2 Bank of America/Richmond VA/Checking account | A | Int | J | T | | | | | |
| 3 Suntrust/Richmond VA/checking account | A | Int | J | T | | | | | |
| 4 Bank of America RichmondVA/savings | A | Int | J | T | | | | | |
| 5 Scott & Stringfellow Comprised of: | | | | | | | | | |
| 6 Bristol Myers Squibb Co. | A | DIV | J | T | | | | | |
| 7 Federal Home Ln. Mtg. | A | DIV | K | T | | | | | |
| 8 Intel Corp. | A | DIV | J | T | | | | | |
| 9 Int'l Business Mach. | A | DIV | K | T | | | | | |
| 10 Microsoft | A | DIV | J | T | | | | | |
| 11 Minnesota Mng. Mfg (3M Co) | A | DIV | L | T | | | | | |
| 12 Pepsico | A | DIV | K | T | | | | | |
| 13 Procter & Gamble | A | DIV | K | T | | | | | |
| 14 Royal Dutch Petroleum Co. | A | DIV | K | T | | | | | |
| 15 Suntrust Banks | B | DIV | K | T | | | | | |
| 16 Tricon Global Restaurants (YUM brands) | A | DIV | J | T | | | | | |
| 17 Verizon Communications | B | DIV | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or le F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: WILLIAMS, RICHARD L.

Date of Report: 4-22-04

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Cod 2 (J-P) | (2) Value Method Cod 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Capital One Financial | A | DIV | K | T | | | | | |
| 2 Johnson & Johnson | A | DIV | K | T | | | | | |
| 3 Donaldson. Lufkin & Jenrett | B | DIV | | | Sell | 4/1 | K | B | |
| 4 Metro WA DC ARP REV RF A 100106 | A | INT | | | Redemp | 11/3 | J | A | |
| 5 Fairfax Cnty VA WTR Auth 010107 | A | INT | J | T | | | | | |
| 6 Accomack Cnty Va. G O 121608 | A | INT | J | T | | | | | |
| 7 Richmond VA MET Auth Expwy Rev ITM 011613 | A | INT | J | T | | | | | |
| 8 Richmond VA MET Auth Expwy Rev 011513 | A | INT | J | T | | | | | |
| 9 Virginia Beach Va. Ser A 071513 | A | INT | | | Redemp | 7/15 | J | A | |
| 10 Harrisonburg VA REDV HSG 071614 | A | INT | K | T | | | | | |
| 11 Units Tax Exempt Bd FD VA | A | INT | J | T | | | | | |
| 12 Henrico VA 6.5 060122 | A | INT | J | T | | | | | |
| 13 UPR Occoqn VA 5.0 070121 | A | INT | J | T | | | | | |
| 14 Va St Cllg Bld 5.0 090105 | A | INT | K | T | | | | | |
| 15 Va St RDA-D 6.0 040124 | A | INT | J | T | | | | | |
| 16 Fairfax FNCL 041508 | A | INT | K | T | Buy | 11/5 | K | | |
| 17 NC St Med 070133 | A | INT | J | T | Buy | 7/31 | J | | |

| | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,000-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 4-22-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (*Includes those of spouse and dependent children. See pp. 34-57 of Instructions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Teco Energy 070507 | A | INT | J | T | Buy | 4/1 | J | | |
| 2 Merrill Lynch CMA comprised of: | | | | | | | | | |
| 3 Va. Beach Va. CTFS Partn 05.300% 090105 | B | INT | K | T | | | | | |
| 4 Va. St. Trns Brd Trn 051512 Cntrct RF US Rt. 58 A OID | B | INT | | | Redemp | 5/15 | K | A | |
| 5 Va. St. Hsg. Dev. Auth Multifam Hsg Rev SerE 110113 | B | INT | | | Redemp | 11/3 | K | A | |
| 6 Fairfax Co Va. Econ Dev. 051514 | A | INT | J | T | | | | | |
| 7 Norfolk Va. Wtr Rev RFDG FSA 110123 | J | INT | K | T | | | | | |
| 8 Hanover Co Va. Indl Dev. Auth Hosp Rev CID MBIA 081525 | J | INT | K | T | | | | | |
| 9 Va. St. Res. Auth Wtr&Sys Rev Sussex RF OIL 100125 | J | INT | K | T | | | | | |
| 10 Va. Cmwlth Trns Bd Trnsn Rev Ser C RFDG 051519 | B | INT | K | T | | | | | |
| 11 Va. St. Res at INFRA Rev Pooled LN BD 050117 | A | INT | K | T | | | | | |
| 12 Va. Cllge Bldg Auth Wash-Lee MBIA 010126 | A | INT | K | T | | | | | |
| 13 Scott & Stringfellow Comprised of: | | | | | | | | | |
| 14 Boddie Noell Prop Stock (BNP Residential Prop/Common) | B | DIV | J | T | | | | | |
| 15 Va. Biotech Resrch Pk/Auth Comm of Va. Lease Rev Biotech Two PJ BK ENT 090103 | A | INT | | | Sell | 9/2 | J | A | |
| 16 IDA City of Richmond/VA Museum Hist. Soc. 090104 | A | INT | J | T | | | | | |
| 17 VA ST PUB Bldg. Auth Pub FACS REV Ser A 080105 | A | INT | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Vienna Va. Pub Impt G.O. 070107 | B | INT | K | T | | | | | |
| 2 Alexandria Va. Indl Dev Auth Epis HS Proj 010108 | A | INT | J | T | | | | | |
| 3 Peninsula Ports Auth/Va Res. Fac REV RFDG Va Baptst Hms 120107 | A | INT | J | T | Buy | 2/13 | J | | |
| 4 ▓▓▓▓ McDowell, Va. | A | None | M | W | | | | | See Note 3 in Part VIII |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WILLIAMS, RICHARD L. | Date of Report<br>4-22-04 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Pg. 1 of VII, Item 1 and Pg. 4 of VII, Item 4 - Column B(2) on each entry - This has been left blank - none of the type codes is compatible for description.

2. New entries of acquisitions have been listed at the end of each brokerage account-- not at the end of the report. This is done for the purposes of keeping each account together.

3. Pg. 4 of VII, line 4 - in process of constructing home on ███████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████     Date 4/27/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544